No. 04–1094. NUNEZ *v.* UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 252;

No. 04–1316. MONCRIEF *v.* UNITED STATES. C. A. 5th Cir. Reported below: 133 Fed. Appx. 924;

No. 04–1325. McELWEE *v.* UNITED STATES. C. A. 9th Cir. Reported below: 115 Fed. Appx. 412;

No. 04–1331. FLETCHER *v.* UNITED STATES. C. A. 4th Cir. Reported below: 113 Fed. Appx. 545; and

No. 04–1364. BROOKS *v.* UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 738. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).